IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )           4:02CR3049
                               )
          v.                   )
                               )
DAVID W. LOTT,                 )               ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on the motion of Michael F. Maloney and the office of the Federal Public Defender to withdraw as counsel for defendant (Filing No. 131).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; Michael F. Maloney and the office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
  LYLE E. STROM, Senior Judge
  United States District Court